IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARK EDWARD VANZANT**                                                                 **PETITIONER**

VS.                      **CASE NO. 5:11CV00296 HDY**

**RAY HOBBS, Director**
**Arkansas Department of Correction**                                                   **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this  10   day of February, 2012.


_____
UNITED STATES MAGISTRATE JUDGE